01
02
03

04                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
05                              AT SEATTLE

06  PAULA TOWNSEND,                      )
                                         )  CASE NO. C13-0188-MAT
07        Plaintiff,                     )
                                         )
08        v.                             )  ORDER GRANTING EXTENSION
                                         )  OF TIME OF BRIEFING SCHEDULE
09  CAROLYN W. COLVIN,                   )
    Acting Commissioner of Social Security, )
10                                       )
          Defendant.                     )
11  _____)

12      Plaintiff filed a second unopposed motion to extend the briefing schedule. The court

13  grants plaintiff's unopposed motion, with the new deadlines as follows:

14      Plaintiff's Opening Brief:        August 26, 2013

15      Defendant's Responsive Brief:     September 23, 2013

16      Plaintiff's optional Reply Brief: October 7, 2011

17      As this is the second extension granted at plaintiff's request, the court will not grant

18  plaintiff any additional extensions.

19      DATED this 24th day of July, 2013.

20                                              /s/ Mary Alice Theiler
21                                              Mary Alice Theiler
                                                United States Magistrate Judge
22

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1