UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAULA TOWNSEND, | ) |
| | ) CASE NO. C13-0188-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER GRANTING EXTENSION |
| | ) OF TIME OF BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff filed a second unopposed motion to extend the briefing schedule. The court grants plaintiff's unopposed motion, with the new deadlines as follows:

Plaintiff's Opening Brief:      August 26, 2013

Defendant's Responsive Brief:   September 23, 2013

Plaintiff's optional Reply Brief:   October 7, 2011

As this is the second extension granted at plaintiff's request, the court will not grant plaintiff any additional extensions.

DATED this 24th day of July, 2013.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING EXTENSION
OF TIME OF BRIEFING SCHEDULE
PAGE -1